Filed at 2:45 p.m.
DATE 12/15/2011

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIM. NO: 3:11-CR-58-01 (CAR) |
| vs. | : |
| WESLEY JOSEPH WINGO, a/k/a JOE WINGO, PASTOR JOE, and PJ | : |

### P L E A

I, **WESLEY JOSEPH WINGO**, having been advised of my Constitutional rights, and having had the charges herein stated to me, plead ___Not guilty___ this ___15th___ day of ___December___, 2011.

_____
**WESLEY JOSEPH WINGO**
DEFENDANT

____N/A_____
ATTORNEY FOR DEFENDANT

_____
**SHARON T. RATLEY**
ASSISTANT UNITED STATES ATTORNEY