IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

RECEIVED
CLERK'S OFFICE
2011 DEC 22  PM 2: 15
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

UNITED STATES OF AMERICA,

v.                                                          Case No. 3:11-CR-58-CAR

WESLEY JOSEPH WINGO, et al.,

Defendants.

## MOTION BY WESLEY JOSEPH WINGO TO ADOPT CO-DEFENDANTS PRETRIAL MOTIONS AND TO REQUEST AN EXTENSION OF TIME TO FILE MOTIONS

COME NOW Defendant Wesley Joseph Wingo, pro se, and files this Motion to Adopt and to Request Additional Time to File Motions as shows as follows.

To this point the Court has declined to provide me with counsel to defend against the indictment in this case. I am not a lawyer and I am uncomfortable with preparing and filing legal documents. I am concerned that the deadline for filing motions is this Friday, December 23, 2011. I am therefore filing this motion to adopt my codefendants motions and requesting that the Court permit me additional time to file motions.

I intend to provide additional information to the Probation Office in an effort to show the Court that I am in fact unable to hire an attorney. In the meantime I am trying to understand the Court's Local Rules and I have

reviewed the Court's Pro Se Guide from the Court's website. I am talking to lawyers who will consult with me without payment in an effort to gain what little assistance and guidance I can. I am requesting an additional 30 days to file motions and it is my belief that either I will have an appointed attorney within that time or it will be resolved that I have to proceed on my own in this matter. If I have to proceed on my own I will spend the 30 days reviewing discovery and trying to understand what motions need to be filed. I will then do my best to prepare the motions and get them filed with the Court. I also plan to discuss electronic filing with the Clerk's Office at the time I file this motion to adopt to make filing of my motions and responses easier and to save constant travel in order to file my pleadings.

WHEREFORE, Defendant respectfully moves that this Court enter an Order granting this Motion to Adopt the motions of my codefendants, and for such other and further relief as this Court may deem just and proper.

This 22nd day of December, 2011.

Respectfully submitted,

Wesley Joseph Wingo
Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December, I electronically filed the foregoing Motion to Adopt through the Clerk's Office and with the assistance of the Clerk of Court using the CM/ECF system which will send notification of such to counsel of record.

_____
Wesley Joseph Wingo
Pro Se