IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | No. 3:11-CR-58 (CAR) |
| WESLEY JOSEPH WINGO, ANDREW | : | |
| WINGO, LINDA WINGO, HARRY | : | |
| MICHAELS, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**NOTICE OF INQUIRY**

It has come to this Court's attention that a conflict of interest may exist between Linda Wingo's retained counsel, Edward D. Tolley, and Linda Wingo's co-defendants Wesley Joseph Wingo, Andrew Wingo, and/or Harry Michaels.

A trial court "bears a duty to inquire into a potential conflict of interest whenever the trial court is aware of circumstances creating more than a vague unspecified possibility of conflict." Whatley v. Terry, 284 Ga. 555, 564 (Ga. 2008) (quotation omitted); see Wood v. Ga., 450 U.S. 261, 272 (1981) (holding trial judge has a duty to inquire into a potential conflict of interest if it is "sufficiently apparent" at the

1

time of trial); see also Fed. R. Crim. P. 44(c)(2) ("The court must promptly inquire about the propriety of joint representation.").

Here, the criminal indictment charges four co-defendants, Wesley Joseph Wingo, Linda Wingo, Andrew Wingo, and Harry Michaels, with forty-nine counts, some of which relate to Angel Food Ministry's ("AFM") business practices. [See Doc. 1.] In at least two separate civil actions filed in this Court, Tolley represented several of the co-defendants as well as AFM, the charity that all four defendants worked for. See National Elite Transp., LLC v. Angel Food Ministries, Inc., Wesley Joseph Wingo, 3:11-CV-41-CAR (M.D. Ga. Mar. 13, 2011); King v. Angel Food Ministries, Inc., Wesley Joseph Wingo; Linda Wingo, Jonathan Wesley Wingo, et. al., 3:09-CV-27-CDL (M.D. Ga. Feb. 27, 2009). Additionally, although not indicative of a conflict by itself, Tolley represented both Wesley Joseph Wingo and Linda Wingo at their initial appearances for the pending criminal charges held on December 2, 2011. [Docs. 18 and 19.] The Court notes, however, that Tolley's representation of Wesley Joseph is annotated on the Minute Sheet as being for the initial appearance only. [See Doc. 18.]

2

Nevertheless, the above circumstances give rise to the likely possibility of a conflict of interest. Accordingly, the Court will determine whether any actual or potential conflict exists with respect to Tolley's representation at the hearing on **February 1, 2011, in Athens, Georgia**.

**SO ORDERED,** this 25th day of January, 2012.

<u>S/ C. Ashley Royal</u>
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LMH

3