# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA ATHENS DIVISION

**UNITED STATES OF AMERICA** :
: CRIM. NO: 3:11-CR-58 (CAR)
vs. :
:
**WESLEY JOSEPH WINGO** :
_____ :

## GOVERNMENT'S MOTION TO INCLUDE DEFENDANT IN PROTECTIVE ORDER

Comes now the United States of America by and through its attorney the United States Attorney for the Middle District of Georgia and moves the court to include Defendant Joe Wingo in the Protective Order issued by this court on January 3, 2012, and which is document No. 50 in the above-referenced case and is made a part of this motion by reference.

RESPECTFULLY SUBMITTED this 30th day of January 2012.

                MICHAEL J. MOORE
                UNITED STATES ATTORNEY

BY: _____
      s/SHARON T. RATLEY
      BAR NO. 703150
      ASSISTANT UNITED STATES ATTORNEY
      United States Attorney's Office
      Middle District of Georgia
      P.O. Box 1702
      Macon, Georgia 31202
      Telephone: (478) 752-3511
      Fax Number: (478) 621-2655

## CERTIFICATE OF SERVICE

I, Sharon T. Ratley, Assistant United States Attorney, hereby certify that on the 30th day of January 2012, I electronically filed the within and foregoing **Government's Motion to Include Defendant in Protective Order** with the Clerk of the Court using the CM/ECF system and sent a copy of said pleading via U.S. mail to the following:

Wesley Joseph Wingo
3051 Nunnally Shoals Road
Good Hope, GA 30641

        MICHAEL J. MOORE
        UNITED STATES ATTORNEY

BY: _____
        s/SHARON T. RATLEY
        BAR NO. 703150
        ASSISTANT UNITED STATES ATTORNEY
        United States Attorney's Office
        Middle District of Georgia
        P.O. Box 1702
        Macon, Georgia 31202
        Telephone: (478) 752-3511
        Fax Number: (478) 621-2655