IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL ACTION NO. |
| ) | |
| vs. ) | 3:11-CR-00058-004-CAR |
| ) | |
| WESLEY JOSEPH WINGO; ) | |
| ANDREW WINGO; ) | |
| LINDA WINGO; and ) | |
| HARRY MICHAELS, ) | |
| ) | |
| Defendants ) | |

## DEFENDANT HARRY MICHAELS' MOTION FOR NOTICE AND DESCRIPTION OF RULE 404(B) EVIDENCE

COMES NOW Defendant Harry Michaels, by and through undersigned counsel, and, pursuant to Federal Rule of Evidence 404(b) and according to the provisions of this Court's Pre-Trial Order moves for the Court to require the government to provide "reasonable notice," in advance of trial, of the general nature of any such evidence of "other crimes, wrongs or acts" it intends to introduce at trial in sufficient time that a hearing can be held as to its admissibility. As grounds for this motion, Defendant would show the following:

1

1. The Court's Pre-Trial Order of January 3, 2012 provides:

> Insofar as any request for the pretrial disclosure of evidence of defendant's transactions or conduct and that of any alleged co-defendants or co-conspirators which is not the subject matter of the indictment herein but which the United States might offer as evidence on the question of motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident, the United States is directed to comply with the requirements of law set forth in *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, Rule 16 of the Federal Rules of Criminal Procedure, and Rule 404(b) of the Federal Rules of Evidence.  **UPON REQUEST** by the defendant, unless good cause for not disclosing is established by the government, the government shall provide reasonable notice in advance of trial of the general nature of any such evidence it intends to introduce at trial, in accordance with Rule 404(b) of the Federal Rules of Evidence.

2. FED.R.EVID. 404(b) provides that evidence of "other crimes, wrongs, or acts" are normally to be excluded from evidence except that:

> It may, however, be admissible for other purposes, such as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident, <u>provided, that upon request of the accused, the prosecution, in a criminal case, shall provide reasonable notice in advance of trial…of the general nature of any such evidence it intends to introduce at trial</u>.

This rule explicitly requires that, where a request is made by the defense, the prosecution must provide reasonable notice in advance of trial (the term 'reasonable' here meaning two distinct things: (1) for the notice to be "reasonable," it must be a reasonable time in advance of trial and (2) such notice must also include a reasonably adequate description of the evidence) which describes the "general nature" of the evidence.  The prosecution must tell the defense about any

"other act" evidence far enough in advance of trial to give the defense – and this Court – a chance to deal with it.

3. The government has not provided any notice describing the "general nature" of any evidence of other acts by any defendant which it may intend to offer.

4. The government has made a voluminous document production, which is continuing.

5. With respect to Defendant Michaels, the indictment essentially charges that he conspired with the other defendants to steal funds or property belonging to his former employer, Angel Food Ministries, and that he substantively did so and aided and abetted other defendants in doing so. Accordingly, if the government intends to tender "other crimes, wrongs, or acts" evidence, such as any other alleged theft involving Defendant Michaels (i.e., outside of the charges in the indictment), such evidence is covered by this request for "reasonable notice," in advance of trial, of the general nature of any such evidence of "other crimes, wrongs or acts".

6. To the extent that the government seeks to introduce evidence of alleged similar "other crimes, wrongs, or acts"" which are <u>not</u> included in a charge in the indictment, such as an alleged improper direct or indirect benefit to Defendant Michaels from a vendor, or an alleged improper direct

3

or indirect payment from a vendor to Defendant Michaels, such evidence is covered by this request for "reasonable notice," in advance of trial, of the general nature of any such evidence of "other crimes, wrongs or acts".

7.To the extent that the government seeks to introduce evidence of any alleged "other crimes, wrongs, or acts" which is not included in a charge in the indictment, involving how any alleged stolen funds were <u>spent</u> – as opposed to the alleged theft itself – such evidence is covered by this request for "reasonable notice," in advance of trial, of the general nature of any such evidence of "other crimes, wrongs or acts".

Respectfully submitted this 21st day of February, 2012.

*/s/ Thomas D. Bever*
Thomas D. Bever
Georgia Bar No. 055874
Counsel for Harry Michaels

Chilivis, Cochran, Larkins & Bever, LLP
3127 Maple Drive, N.E.
Atlanta, Georgia  30305
Tel: (404) 233-4171

## **CERTIFICATE OF SERVICE**

I, Thomas D. Bever, hereby certify that on February 21, 2012, I electronically filed a copy of the foregoing **DEFENDANT HARRY MICHAELS' MOTION FOR NOTICE AND DESCRIPTION OF RULE 404(B) EVIDENCE** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following defense attorneys on record:

    Daniel Edward Bennett    daniel.bennett@usdoj.gov,

    Graham A. Thorpe    graham.a.thorpe@usdoj.gov

    Sharon Ratley    sharon.ratley@usdoj.gov

    Cynthia W. Roseberry    Cynthia_Roseberry@fd.org

    Edward D. Tolley    etolley@mindspring.com

And by U.S. Mail to Wesley Joseph Wingo at the following known address of the defendant:

    Wesley Joseph Wingo
    3051 NUNNALLY SHOALS ROAD
    GOOD HOPE, GA.  30641

    */s/ Thomas D. Bever*
    Thomas D. Bever
    Georgia Bar No.  055874
    Attorney for Harry Michaels

Chilivis, Cochran, Larkins & Bever, LLP
3127 Maple Drive, N.E.
Atlanta, Georgia  30305
(404) 233-4171
tbever@cclblaw.com